UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BANK OF NEW YORK MELLON, *et al.*,

    Plaintiffs,

vs.

GREGORY T. ACKERMAN, *et al.*,

    Defendants.

Case No. 3:19-cv-53

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

## RECUSAL ORDER

The undersigned hereby **RECUSES** himself from this matter, and it is referred to Clerk of Courts for reassignment.

    **IT IS SO ORDERED.**

Date: February 21, 2019

s/ Michael J. Newman
Michael J. Newman
United States Magistrate Judge